IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PATENT ARMORY INC., | § |
| *Plaintiff,* | § |
| v. | § CIVIL ACTION NO. 2:23-CV-00393-JRG |
| BLH ACQUISITION CO., LLC, | § |
| *Defendant.* | § |

## ORDER

Before the Court is Patent Armory Inc. ("Plaintiff") and BLH Acquisition Co., LLC's ("Defendant") Joint Stipulation of Dismissal with Prejudice (the "Stipulation"). (Dkt. No. 14.) In the Stipulation, the parties stipulate to the dismissal of all claims in the above-captioned action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Having considered the Stipulation, the **ACKNOWLEDGES** and **ACCEPTS** that all claims between the Plaintiff and Defendant in the above-captioned case are **DISMISSED WITH PREJUDICE**. The parties are to bear their own costs and attorneys' fees. The Clerk of Court is directed to **CLOSE** the above-captioned case.

**So ORDERED and SIGNED this 1st day of December, 2023.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE